SHARPSTEIN, Respondent, v. DAVIS, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by John J. Sharpstein against Frank L. Davis.
No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event.

TOBEY, Respondent, v. REYNOLDS, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Henri C. Tobey, as sole overseer, etc., against Samuel F. Reynolds.
No opinion. Order affirmed, with $10 costs and disbursements.

WAGER, Respondent, v. SLAUGHT, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Mary L. Wager against Morris Slaught, impleaded.
No opinion. Judgment affirmed, with costs.

WAIT, Respondent, v. SMITH, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by William H. Wait against O. Park Smith.
No opinion. Order affirmed, with $10 costs and disbursements.

WATSON, Appellant, v. BLATCHLEY et al., Respondents.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Henry L. Watson against G. Ambrose Blatchley and others.
No opinion. Order affirmed, with $10 costs and disbursements.

YORK et al., Respondents, v. CONDE et al., Appellants.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Anson E. York and another against William W. Conde and others.
No opinion. Judgment and order affirmed, with costs. See 15 N. Y. Supp. 380; 20 N. Y. Supp. 961.